UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| NICOLE FLICK, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GARDEN OF LIFE, LLC<br><br>Defendant. | Case No.: 9:25-cv-80090<br><br><br>NOTICE OF VOLUNTARY DISMISSAL |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Nicole Flick, by and through her counsel of record, hereby voluntarily dismisses her action with prejudice.

Dated: February 13, 2025

STEINLAW FLORIDA, PLLC
By: /s/ Jonathan M. Stein
Jonathan M. Stein (Fla. Bar No. 9784)
1825 NW Corporate Blvd., Suite 110
Boca Raton, FL 33431
Telephone: (561) 834-2699
Email: Jon@SteinLawFlorida.com

Eduard Korsinsky*
Mark Svensson*
LEVI & KORSINSKY, LLP
33 Whitehall Street, 17th Floor
New York, NY 10004
Telephone: (212) 363-7500
Facsimile: (212) 363-7171
Email: ek@zlk.com
Email: msvensson@zlk.com

*pro hac vice* forthcoming

*Counsel for Plaintiff*