UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-80090-CV-MIDDLEBROOKS

NICOLE FLICK, individually and on behalf
of all others similarly situated,

    Plaintiff,

v.

GARDEN OF LIFE, LLC,

    Defendant.
_____/

## ORDER CLOSING CASE

**THIS CAUSE** is before the Court on Plaintiff's Notice of Voluntary Dismissal, filed February 13, 2025. (DE 9). Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, a plaintiff may voluntarily dismiss an action by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. *See* Fed. R. Civ. P. 41(a)(1)(A)(i). Defendants have served neither. Accordingly, it is **ORDERED AND ADJUDGED** that:

(1) Plaintiff's claims in the above-styled action are **DISMISSED** with prejudice.

(2) The Clerk of Court shall **CLOSE** this matter and **DENY** all pending motions as moot.

**SIGNED** in Chambers, at West Palm Beach, Florida, this 21 day of February, 2025.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE